C. Christine Maloney, SBN 226575
**Foster Employment Law**
3000 Lakeshore Ave.
Oakland, CA 94610
Phone:  (510) 763-1900
E-mail:  cmaloney@fosteremploymentlaw.com
Attorneys for Defendant COUNTY OF EL DORADO

Bradley S. Thomas, SBN 78946
**The Thomas Law Firm**
1756 Picasso Ave., Suite A
Davis, CA 95618
Phone: (530) 757-0883
E-mail: Brad@thomaslawca.com
Attorneys for Defendant VERNON PIERSON

Cori R. Sarno, SBN 230559
**Angelo, Kilday & Kilduff, LLP**
601 University Ave., Suite 150
Sacramento, CA 95825
Phone: (916) 564-6100
E-mail: Csarno@akk-law.com
Attorneys for Defendant PAMELA KNORR

Douglas E. Watts, SBN 182274
WATTS LAW OFFICES
193 Blue Ravine Rd., Suite 100
Folsom, CA 95630
Telephone: (916) 673-9008
E-mail: dwatts@wattslaw-norcal.com

Attorneys for Plaintiff KELLY WEBB

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY WEBB,<br>　　　　*Plaintiff*,<br><br>v.<br><br>COUNTY OF EL DORADO; PAMELA KNORR; VERNON PIERSON; JOSEPH HARN; and DOES 1 through 50 Inclusive,<br><br>　　　　*Defendants* | Case No.   2:15-cv-01189-KJM-EFB<br><br>**STIPULATION AND ORDER DISMISSING ACTION**<br><br>Status Conference:　**Oct. 13, 2016**<br>Time:　　　　　　　　**2:30 p.m.** |

## I.  STIPULATION

The parties, by and through their undersigned counsel, agree and stipulate as follows:

1. The operative pleading in this action is Plaintiff's First Amended Complaint ("FAC"). (Docket No. 26). On July 25, 2016, the Court issued an Order (Docket No. 42), granting Defendant County's motion to dismiss Plaintiff's cause of action under 42 U.S.C. §1983 in the FAC without leave to amend and granting Defendant County's, Knorr's and Pierson's motions to dismiss Plaintiff's causes of action under 42 U.S.C. §§1985 and 1986 *with* leave to amend.

2. The Court allowed Plaintiff 21 days to file a further amended pleading. (Docket No. 43). Plaintiff did not further amend. Accordingly, all of Plaintiff's federal claims against all defendants are now dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6). No claims remain over which this court has original jurisdiction.

3. Pursuant to 28 U.S.C. §1367(c)(3) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate and agree that Plaintiff's remaining state law causes of action (causes of action 4 through 7 in the FAC) shall be dismissed without prejudice as to Defendant County.

4. Pursuant to 28 U.S.C. §1367(d), the statute of limitations on Plaintiff's fourth through seventh causes of action in the FAC against the County shall be tolled for 30 days from the date of this order is entered, to allow Plaintiff time to file in state court.

5. The parties further stipulate and agree that the Status Conference set for October 13, 2016 is no longer necessary and should be cancelled.

It is so stipulated:

| | | |
|---|---|---|
| Oct. 6, 2016 | FOST | ER EMPLOYMENT LAW |

By: /s/ C. Christine Maloney
_____
C. Christine Maloney, Esq.
A ttorneys for Defendant COUNTY OF EL DORADO

Oct. 6, 2016        ANGELO, KILDAY & KILDUFF, LLP

By: /s/ Cori Sarno
_____
Cori Sarno, Esq.
A ttorneys for Defendant PAMELA KNORR

Oct. 6, 2016        THE THOMAS LAW FIRM

By: /s/ Bradley Thomas
_____
Bradley S. Thomas, Esq.
A ttorneys for Defendant VERNON PIERSON

Oct. 6, 2016        WATTS        LAW OFFICES

By: /S/ Douglas E. Watts
_____
Douglas E. Watts, Esq.
Attorneys for Plaintiff

## II.  ORDER

The Court has read and considered the foregoing stipulation of the parties and hereby orders as follows:

The first through third causes of action in the First Amended Complaint, alleging claims under 42 U.S.C. §§1983, 1985 and 1986, are DISMISSED WITH PREJUDICE as to all defendants pursuant to this Court's Order dated July 25, 2016 and Rule 12(b)(6) of the Federal Rules of Civil Procedure.

The fourth through seventh causes of action in the First Amended Complaint, which allege discrimination and retaliation claims under state law, are DISMISSED WITHOUT PREJUDICE as to Defendant County based upon the absence of any remaining claim over which this Court has original jurisdiction pursuant to 28 U.S.C. §1367(c)(3). The statute of limitations on the fourth through seventh causes of action in the FAC shall be tolled for 30 days from the date of this Order to allow Plaintiff time to re-file in state court, if she so chooses.

The Status Conference set for October 13, 2016 is hereby vacated.

In light of the above, the Clerk of the Court is directed to close the file and enter judgment in favor of defendants accordingly.

**IT IS SO ORDERED.**

Dated:  October 12, 2016.

_____
UNITED STATES DISTRICT JUDGE